**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES HOLT | ) Case No.: 1:13-cv-01285- JLT |
| | ) |
| Plaintiff, | ) ORDER GRANTING EXTENSION OF TIME |
| | ) |
| v. | ) (Doc. 11) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On March 10, 2014, the parties stipulated for Plaintiff to have an extension of time to file an opening brief. (Doc. 11).  Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 4 at 4), and this is the first extension requested.  Thus, an extension of thirty days is appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The extension of time is **GRANTED**;

2.    Plaintiff **SHALL** file an opening brief on or before **April 21, 2014**.


IT IS SO ORDERED.

Dated:    **March 11, 2014**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

1